WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN – State Bar No. 82950
dspradlin@wss-law.com
BRIAN A. MOORE – State Bar No. 252900
bmoore@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, CA 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendant COUNTY OF ORANGE, a public entity, erroneously sued as ORANGE COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYURI CARRENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 8:21-cv-00930 DOC (DFMx)<br><br>BEFORE THE HONORABLE DAVID O. CARTER<br>COURTROOM 9D<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41**<br><br>HEARING DATES PENDING:<br>Type: Motion to Dismiss<br>Date: August 30, 2021<br>Time: 8:30 a.m.<br>Ctrm: 9D<br><br>Type: Scheduling Conference<br>Date: August 30, 2021<br>Time: 8:30 am<br>Ctrm: 9D |

///
///
///
///
///
///
///

1

1618463.1

Plaintiff MARYURI CARRENO, an individual, and Defendant COUNTY OF ORANGE, a public entity, erroneously sued as Orange County Sheriff's Department, by and through their respective counsel of record, hereby stipulate that the above-entitled action be dismissed in its entirety pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

DATED: August 24, 2021         MADALA LAW

By: /s/ *Naveen Madala*
    NAVEEN MADALA
    Attorneys for Plaintiff MARYURI CARRENO

DATED: August 24, 2021         WOODRUFF, SPRADLIN & SMART, APC

By: /s/ *Brian A. Moore*
    DANIEL K. SPRADLIN
    BRIAN A. MOORE
    Attorneys for Defendant COUNTY OF ORANGE, a public entity, erroneously sued as ORANGE COUNTY SHERIFF'S DEPARTMENT

Pursuant to Local Rule 5-4.3.4, I, Brian A. Moore, attests that Naveen Madala concurs with the content of this Stipulation of Dismissal and has authorized the filing of same.

DATED: August 24, 2021         WOODRUFF, SPRADLIN & SMART, APC

By: /s/ *Brian A. Moore*
    DANIEL K. SPRADLIN
    BRIAN A. MOORE
    Attorneys for Defendant COUNTY OF ORANGE, a public entity, erroneously sued as ORANGE COUNTY SHERIFF'S DEPARTMENT

1618463.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On August 24, 2021, I served the foregoing document(s) described as **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41**

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on August 24, 2021, at Costa Mesa, California.

/s/ *Laura F. Perez*
LAURA F. PEREZ

1618463.1

**MARYURI CARRENO v. ORANGE COUNTY SHERIFF'S DEPARTMENT, et al.**

**USDC, CENTRAL DISTRICT OF CALIFORNIA**
**CASE NO. 8:21-cv-00930 DOC (DFMx)**

**ASSIGNED FOR ALL PURPOSES TO**
**HONORABLE DAVID O. CARTER**
**COURTROOM 9D**
**MAGISTRATE JUDGE DOUGLAS F. MCCORMICK**
**COURTROOM 6B**

**SERVICE LIST**

| | |
|---|---|
| Naveen Madala<br>MADALA LAW<br>89 Sapphire<br>Irvine, CA 92602<br>Telephone: (714) 897-7100<br>Email; naveen@madalalaw.com | Attorney for Plaintiff<br>**MARYURI CARRENO** |

07/23/21

4

1618463.1