**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYURI CARRENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 8:21-cv-00930 DOC (DFMx)<br><br>BEFORE THE HONORABLE DAVID O. CARTER<br>COURTROOM 9D<br><br>**ORDER RE STIPULATION OF DISMISSAL [17]**<br><br>HEARING DATES PENDING:<br>Type:   Motion to Dismiss<br>Date:   August 30, 2021<br>Time:   8:30 a.m.<br>Ctrm:   9D<br><br>Type:   Scheduling Conference<br>Date:   August 30, 2021<br>Time:   8:30 am<br>Ctrm:   9D |

   The Court, having considered the Stipulation of Dismissal filed by the parties, herby orders that the above-entitled action is dismissed in its entirety.

   **IT IS SO ORDERED.**

   DATED:  August 25, 2021

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

1618465.1

1